In the Matter of the Application of MAX F. FINKELSTEIN for an Order Compelling GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of TWENTIETH CENTURY MUTUAL AUTOMOBILE CASUALTY INSURANCE COMPANY, to Pay to Said MAX F. FINKELSTEIN the Sum of Forty-nine Dollars and Eighty-five Cents.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the TWENTIETH CENTURY MUTUAL AUTOMOBILE CASUALTY INSURANCE COMPANY.

Supreme Court, New York County, October 3, 1933.

*David R. Haber* for the petitioner.

*John M. Downes*, for the Superintendent of Insurance.

BLACK, J. Motion is denied without prejudice. The dividends are payable to the respective claimants, and this court has no power to pass upon the lien of the petitioner arising upon his contract of retainer without due notice to said claimants. The mere fact that said claimants' whereabouts are unknown to the petitioner does not justify the dispensing with notice to them. Upon satisfactory proof being presented the court may direct such notice to claimants as may be proper. Moreover, I am satisfied that the application should be made in the proceeding in which the liquidator was appointed, and leave to make such application granted so as not to infringe the provisions of section 63 of the Insurance Law.